IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3148 |
| v. | ) | |
| LARRY J. LAUTENSCHLAGER, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

The pretrial services officer shall investigate the proposal of the defendant and report to the court and counsel as soon as possible.

DATED this 4th day of June, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge