IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148-2 |
| | ) | |
| V. | ) | |
| | ) | |
| LARRY J. LAUTENSCHLAGER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Based upon the advice of the Pretrial Services Officer,

IT IS ORDERED that the motion to amend terms of pretrial release (filing 210) is granted to the extent that the defendant is permitted to transition from the Summit House to his own apartment _provided_, as a condition precedent, that he must pay in full what he owes the Summit House and that he provide the Pretrial Services Officer with evidence of such payment.

DATED this 25th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge