IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148-2 |
| | ) | |
| V. | ) | |
| | ) | |
| LARRY J. LAUTENSCHLAGER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion to extend time to file statement of position concerning revised presentence investigation report (filing 308) is granted. The defendant's statement of position shall be filed on or before November 22, 2009.

   DATED this 13th day of November, 2009.

                    BY THE COURT:

                    *Richard G. Kopf*
                    United States District Judge