IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3148 |
| V. | ) | |
| LARRY J. LAUTENSCHLAGER, | ) | ORDER |
| Defendant. | ) | |

Upon recommendation of the probation officer, and there being no objection,

IT IS ORDERED that the petition for an offender (filing no. 475) is dismissed without prejudice. The hearing scheduled for June 13, 2013 is cancelled. The motion to modify conditions of release to transfer supervision (filing no. 486) is denied.

DATED this 11th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge